UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YANELY PENA CABRERA,
*on behalf of herself, FLSA Collective Plaintiffs, and the Class*

               Plaintiffs,

v.

EMM GROUP MANAGEMENT LLC,
LUCKY 13 ASSOCIATES LLC,
d/b/a CATCH NYC,
LEXINGTON PROJECT MANAGERS LLC
d/b/a LEXINGTON BRASS
EUGENE REMM, MICHAEL HIRTENSTEIN,
MARK BIRNBAUM, HILARY AMBROSE JR.
and CESAR REYES,

               Defendants.

Case No.: 18-cv-9236

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff is hereby dismissed, without prejudice, in their entirety as against all Defendants, for the reasons set forth in the attached letter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: December 27, 2018
       New York, New York
For the Plaintiffs:

By: _____
   William Brown, Esq.
   Lee Litigation Group, PLLC
   30 East 39th Street, 2nd Floor
   New York, New York 10016
   Telephone: (212) 661-1309
   will@leelitigation.com

**SO ORDERED:**

Dated: January 2, 2019

_____
United States District Judge

The Clerk of Court is directed to close this case. All conferences are cancelled. All motions are moot.